UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:96-mj-0082-JES

GERMAN AZUA

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Rule 48(a) of the Rules of Criminal Procedure, moves that this Court grant leave of court for the government to dismiss the Complaint, on the following grounds:

1. The complaint charges the defendant with unauthorized flight to avoid prosecution on state of Florida criminal charges, in violation of 18 U.S.C. §1073. It is believed that the defendant is in Mexico. The Federal Bureau of Investigation recently contacted the state of Florida authorities concerning whether to seek to apprehend and then extradite the defendant. The state authorities advised that the State of Florida will not seek extradition or pay for the costs of extradition from Mexico.

2. It is in the interests of justice to dismiss the complaint.

Wherefore, the United States requests that the Court grant the government leave of court to dismiss the Complaint.

                Respectfully submitted,

                PAUL I. PEREZ
                United States Attorney

By:   *s/ Dale R. Campion*
       DALE R. CAMPION
       Assistant United States Attorney
       Florida Bar No. 0471488
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202-4270
       Telephone:   (904) 301-6300
       Facsimile:     (904) 301-6310
       E-mail:          dale.campion@usdoj.gov

U.S. v. GERMAN AZUA                                              Case No. 3:96-mj-82-JES

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

n/a

I hereby certify that on April 21, 2006, a true and correct copy of the foregoing document and the notice of electronic filing was sent by U.S. Mail to the following non-CM/ECF participant(s):

n/a

*s/ Dale R. Campion*
DALE R. CAMPION
Assistant United States Attorney
Florida Bar No. 0471488
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:         dale.campion@usdoj.gov

3